IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00270-RPM

MICHAEL MARUNIAK,

        Plaintiff,

vs.

BNSF RAILWAY COMPANY, formerly known as
BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

            Defendant.

---

ORDER SETTING SCHEDULING CONFERENCE

---

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that a scheduling conference will be held on **May 3, 2007, at 10:00 a.m.**
in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th
and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions
for  Preparation  of  Scheduling  Order  which  may  be  found  at
**http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures)
and use the format provided with those instructions.  Proposed orders are to be double-
spaced.  In addition, an original and one copy (paper) of the proposed Scheduling Order
shall be submitted directly to chambers by **April 26, 2007.**

        Dated: March 7th, 2007

                            BY THE COURT:

                            s/Richard P. Matsch

                            _____
                            Richard P. Matsch, Senior District Judge