IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00270-RPM-MEH

MICHAEL MARUNIAK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, formerly known as BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY**

---

This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Time to Respond to Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Defendant. Having reviewed the Motion and the file herein, this Court grants the Motion. Defendant's responses to Plaintiff's First Set of Interrogatories, Requests for Production of Documents and Requests for Admission to Defendant are now due on or before December 14, 2007.

Dated this 27th day of November, 2007.

        By the Court:

        s/ Richard P. Matsch

        _____
        Richard P. Matsch
        United States District Court Judge