IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-00270-RPM-MEH

MICHAEL MARUNIAK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, formerly known as BURLINGTON NORTHERN AND
SANTA FE RAILWAY COMPANY,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR
EXTENSION OF DISCOVERY CUT-OFF AND DISPOSITIVE MOTIONS DEADLINE**

---

    This matter comes before the Court on the Defendant's Unopposed Motion for Extension of Discovery Cut-Off and Dispositive Motions Deadline.  Having reviewed the Motion and the file herein, this Court grants the Motion.  The discovery cut-off is hereby extended until February 15, 2008, and the dispositive motions deadline is hereby extended until March 14, 2008.

        Dated this 3rd day of December, 2007.

                    By the Court:

                    Richard P. Matsch

                    _____
                    Richard P. Matsch
                    United States District Court Judge