IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:              June 16, 2009
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 07-cv-00270-RPM

| | |
|---|---|
| MICHAEL MARUNIAK, | Rosemary Orsini |
| | Brian K. Matise |
| Plaintiff, | |
| v. | |
| BNSF RAILWAY COMPANY, f/k/a BURLINGTON NORTHERN and SANTA FE RAILWAY COMPANY, | Andrew Ringel  Frederick T. Martinez |
| Defendant. | |

_____

### COURTROOM MINUTES
_____

**Hearing on Motion for Summary Judgment**

**1:59 p.m.**     **Court in session.**

Court's preliminary remarks and states its understanding of the case.

2:08 p.m.     Argument by Mr. Ringel.

**ORDERED:     Plaintiff's Motion for Leave to Supplement Record on Summary Judgment Due to Newly Discovered Evidence, filed June 12, 2009 [43], is granted.**

2:23 p.m.     Argument by Mr. Matise.
2:33 p.m.     Rebuttal argument by Mr. Ringel.
2:38 p.m.     Further argument by Mr. Matise.

Court's findings and conclusions as stated on record.

**ORDERED:     Defendant's Motion for Summary Judgment, filed June 13, 2008 [31], is denied with respect to plaintiff's retaliation claim and granted with respect to plaintiff's ADA claim.**

**ORDERED:     Discovery reopened for the limited purpose of taking additional deposition of Mr. Moyer.**

Discussion regarding scheduling.

**ORDERED:     Pretrial conference scheduled July 31, 2009 at 2:00 p.m.**

**2: 43 p.m.     Court in recess.**     Hearing concluded.     Total time: 44 min.