IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00270-RPM

MICHAEL MARUNIAK,

    Plaintiff,

vs.

BNSF RAILWAY COMPANY, formerly known as
BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

    Defendant.

---

ORDER SETTING PRETRIAL CONFERENCE

---

    Pursuant to the hearing today, it is

    ORDERED that a pretrial conference is scheduled for **July 31, 2009, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **July 23, 2009.**  The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: June 16th, 2009

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____

                                  Richard P. Matsch, Senior District Judge