IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:  March 10, 2010
Courtroom Deputy:  J. Chris Smith
FTR Technician:  Kathy Terasaki

_____

Civil Action No. 07-cv-00270-RPM

MICHAEL MARUNIAK,                                                      Rosemary Orsini

     Plaintiff,

v.

BNSF RAILWAY COMPANY, f/k/a BURLINGTON NORTHERN and      Andrew Ringel
SANTA FE RAILWAY COMPANY,                                              Frederick T. Martinez

     Defendant.

_____

## COURTROOM MINUTES
_____

**Trial Preparation Conference**

**9:50 a.m.**     **Court in session.**

Discussion regarding defendant's motion to strike [58].

Argument by Ms. Orsini [58].

**ORDERED:**  Defendant's Motion to Strike Plaintiff's Requests for Compensatory and Punitive Damages and Jury Demand, filed March 8, 2010 [58], is granted. Trial will be to Court and damages are limited to equitable relief.

Court states its trial to Court and deposition transcript practices.

Court advises counsel that in the event of a settlement to file a joint motion to vacate trial and to notify its chambers.

**10:07 p.m.**     **Court in recess.**     Hearing concluded.  Total time: 17 min.