IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00270-RPM-MEH

MICHAEL MARUNIAK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, formerly known as BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

    Defendant.
_____

**ORDER VACATING TRIAL**
_____

    Upon review of the Joint Stipulated Motion to Vacate Trial [65], it is

    ORDERED that the Joint Stipulated Motion is granted and the trial scheduled before this Court to commence on March 22, 2010, is hereby vacated.

    Dated this 16th day of March 2010.

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch
                                              United States District Judge