IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00270-RPM-MEH

MICHAEL MARUNIAK,

    Plaintiff,

v.

BNSF RAILWAY COMPANY, formerly known as BURLINGTON NORTHERN AND SANTA FE RAILWAY COMPANY,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to the Joint Stipulated Motion for Dismissal with Prejudice [75], it is

ORDERED that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE, each party to pay their own attorneys fees and costs.

Dated this 19th day of April 2010.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge